# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                          NO. 4:02CR00020-01 JLH

ALFRED K. SHAW, III                                                 DEFENDANT

## **ORDER**

Pending before the Court is the government's Motion and Supplemental Motion for Revocation of Supervised Release. Documents #56 and #59. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion and supplemental motion to revoke is scheduled to begin on ***THURSDAY, APRIL 19, 2012, at 10:00 a.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant ***ALFRED K. SHAW, III,*** and deliver to the United States Marshal for service.

Assistant Federal Public Defender Chris A. Tarver was provisionally appointed to represent defendant during revocation proceedings on March 14, 2012.

IT IS SO ORDERED this 4th day of April, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE